ELIZABETH TOTH, as Administratrix of the Estate of ALBERT TOTH, Deceased, Respondent, *v.* KENNEDY & SMITH, INC., Appellant, and CITY OF NEW YORK, Respondent and Appellant, Impleaded with Another.

Argued January 22, 1941; deicded February 27, 1941.

*Alfred McCormack, Bruce Bromley* and *George S. Collins* for Kennedy & Smith, Inc., appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for City of New York, respondent and appellant.

*Jack L. Rappaport* and *James Loccisano* for plaintiff, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.